# UNITED STATES BANKRUPTCY COURT FOR THE PENNSYLVANIA WESTERN BANKRUPTCY COURT

In Re:

JONI L. RHODES                                           **Chapter 13**

                                                       **Case No. 21-21742**

## PRECIPICE TO WITHDRAW PROOF OF CLAIM

TO THE CLERK:

Please withdraw the proof of claim filed in the Debtor's Claim Docket in the amount of $3478.80, unsecured claim #4, filed **Pheaa**. This claim has been filed in error.

                                            Respectfully submitted,

                                            /s/ Eric Claggett
                                  **Death, Disability, and Bankruptcy Team**
                                            **American Education Services**
                                                      **P.O. Box 8183**
                                            **Harrisburg, PA 17105-9972**

**Dated: September 8, 2023**