# UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

KAREN M. RENFRO                                                                 **Chapter 13**

                                                                                                **Case No. 21-21866**

## PRECIPICE TO WITHDRAW PROOF OF CLAIM

TO THE CLERK:

Please withdraw the proof of claim filed in the Debtor's Claim Docket in the amount of $3478.80, unsecured claim #04, filed **Pheaa**. This claim has been filed in error.
.

                                                                                                Respectfully submitted,

                                                                                                /s/ Eric Claggett
                                                                                                **Death, Disability, and Bankruptcy Team**
                                                                                                **American Education Services**
                                                                                                **P.O. Box 8183**
                                                                                                **Harrisburg, PA 17105-9972**

**Dated: September 25, 2023**