Certificate Number: 12433-PAW-DE-041299357

Bankruptcy Case Number: 21-21866

12433-PAW-DE-041299357

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 7, 2026, at 10:34 o'clock AM PDT, Karen M. Renfro completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: August 7, 2026

By: /s/Loren Bailey Roberts

Name: Loren Bailey Roberts

Title: Teacher