UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
8/21/26 3:58 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>KAREN M. RENFRO<br><br>Debtor(s)<br>Ronda J. Winnecour, Trustee<br>Movant<br>vs.<br>KAREN M. RENFRO<br><br>Respondents | Case No.21-21866GLT<br><br>Chapter 13<br><br>Document No. 72 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this 21st day of August , 2026, it is hereby ORDERED, ADJUDGED, and DECREED that,

Global Sectrum Lp
Attn: Payroll
150 Rouse Blvd
3Rd Floor
Philadelphia,PA 19112

is hereby ordered to immediately terminate the attachment of the wages of KAREN M. RENFRO, social security number XXX-XX-7226. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of KAREN M. RENFRO.

Dated: 8/21/26

BY THE COURT:

GREGORY L. TADDONIO hct
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)

United States Bankruptcy Court
Western District of Pennsylvania

In re: Case No. 21-21866-GLT
Karen M. Renfro Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 2
Date Rcvd: Aug 21, 2026 Form ID: pdf900 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Karen M. Renfro, 551 Lucia Drive, Pittsburgh, PA 15221-3965 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amy L. Zema | on behalf of Debtor Karen M. Renfro amy@zemalawoffice.com |
| Brent J. Lemon | on behalf of Creditor Duquesne Light Company blemon@bernsteinlaw.com aepiscopo@bernsteinlaw.com;agilbert@bernsteinlaw.com |
| Heather Stacey Riloff | on behalf of Creditor NATIONSTAR MORTGAGE LLC logsecf@logs.com |
| Matthew Fissel | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert P. Wendt | |

| | |
|---|---|
| | on behalf of Creditor NATIONSTAR MORTGAGE LLC pawb@fedphe.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 8