**Fill in this information to identify the case:**

Debtor 1 Karen M. Renfro

Debtor 2 (Spouse, if filing) ____

United States Bankruptcy Court for the: Western District of Pennsylvania (State)

Case number 21-21866-GLT

Official Form 410C13-NR

# Response to Trustee's Notice of Disbursements Made

**12/25**

**The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served. Rule 3002.1(g)(3).**

## Part 1: Mortgage Information

**Court claim no.** (if known): 10

**Name of claim holder:** Rocket Mortgage, LLC s/b/m Nationstar Mortgage LLC

**Last 4 digits** of any number you use to identify the debtor's account: ******3613

**Property address:** 551 Lucia Dr
Number Street

Pittsburgh PA 15221
City State ZIP Code

## Part 2: Arrearages

The total amount received to cure any arrearages as of the date of this response: $ 1,051.04.

*Check all that apply:*

- [x] The amount required to cure any prepetition arrearage has been paid in full.
- [ ] The amount required to cure the prepetition arrearage has not been paid in full. Amount of prepetition arrearage remaining unpaid as of the date of this response: $ ________.
- [ ] The amount required to cure any postpetition arrearage has been paid in full.
- [ ] The amount required to cure the postpetition arrearage has not been paid in full. Amount of postpetition arrearage remaining unpaid as of the date of this response: $ ________.

## Part 3: Postpetition Payments

(a) *Check all that apply:*

☒ The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

☐ The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on: _______________.

☐ The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attaches a payoff statement and provides the following information as of the date of this response:

| | |
|---|---|
| i. Date last payment was received on the mortgage: | 08/31/2026 |
| ii. Date next postpetition payment from the debtor is due: | 10/01/2026 |
| iii. Amount of the next postpetition payment that is due: | $ 1,072.39 |
| iv. Unpaid principal balance of the loan: | $ 103,423.41 |
| v. Additional amounts due for any deferred or accrued interest: | $ 233.77 |
| vi. Balance of the escrow account: | $ 908.86 |
| vii. Balance of unapplied funds or funds held in a suspense account: | $ 0.00 |
| viii. Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid: | $ 0.00 |

*Payoff figures as of 9/9/26

## Part 4 Itemized Payment History

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all prepetition and postpetition payments received;
- the application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. Check the appropriate box:

☐ I am the claim holder.

☒ I am the claim holder's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ */s/ Eric VandeLinde* Date 09/11/2026

Signature

Name: Eric VandeLinde

First name Middle name Last name

Title: Agent for Creditor

Company: Aldridge Pite, LLP

Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: Six Piedmont Center, 3525 Piedmont Road, N.E., Suite 700

Number Street

Atlanta GA 30305

City State ZIP Code

Contact phone (404 ) 994-7400

Email EVandeLinde@aldridgepite.co

[redacted]

```
              ==================================================          9/09/26
                     Payoff Quote Include/Omit Items                      09:24:23
              ==================================================          ADD
                    PO Dt   9/23/26        Int Paid To      9/01/26
                 Sub Code        00        Next Due Dt     10/01/26     Int Rate         3.750
Prin Bal        103,423.41          Per Diem Int              10.63     Int Calcs       233.77
Optional Items to I-Include or O-Omit:                                  Plan Number      00001
I  Escrow Balance                     908.86      O  Total Late Charges                    .00
   Interest on Escrow                    .00      I  Total NSF Charges                     .00
I  Escrow Advance                        .00      O  Optional Ins Payment                  .00
I  Misc Suspense Bal                     .00      O  Prepayment Penalty                    .00
I  Forbearance Bal                       .00      O  Mortgage Ins Premium                  .00
O  Subsidy                               .00      O  Other Fees Due                        .00
O  Hazard Suspense Bal                   .00      O  Rebate Points Financed            0000000
   Int on Hazard Loss                    .00      I  Deferred Principal                    .00
O  Inv. Advance                          .00      O  Recording Fee               0000000000000
I  Corp Advance Bal                      .00      O  Quote fee                   0000000000000
O  Corp Expense Bal                      .00      O  Oth2   COUNTY RECORDING FEE 0000000020000
O  Default Int Due                       .00      O  Oth1   ANTICIPATED FEE      0000000000000  +
I  Deferred Int                          .00      O  MBS Liq Difference                  89.43
O  Prepaid Ins Rebate                    .00
O  Partial Claims                        .00
Accept Quote -_Y/N N                                        PO Amt              102,748.32

  F11=Corp Adv   F12=Return   F13=Opt Ins    F14=Corp Expense      F24=More keys
```

**Certificate of Service**

I hereby certify that a copy of the foregoing Response to Trustee's Notice of Disbursements Made was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on

Date: September 16, 2026

| | |
|---|---|
| Chapter 13 Trustee: | Ronda J. Winnecour |
| Trustee Address: | Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 |
| Debtor's Counsel Name: | Amy L. Zema |
| Debtor's Counsel Address: | Law Office of Amy L. Zema<br>2366 Golden Mile Highway<br>#155<br>Pittsburgh, PA 15239 |
| Debtor's Counsel Email: | amy@zemalawoffice.com |
| Debtor 1 Name: | Karen M. Renfro |
| Debtor's Mailing Address: | 551 Lucia Drive<br>Pittsburgh, PA 15221 |

/s/ Stephanie Richards