Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Karen M. Renfro**<br>*Debtor(s)* | : | Case No. 21−21866−GLT<br>Chapter: 13 |
| **RONDA J. WINNECOUR, Trustee,**<br>*Movant(s),* | : | |
| v.<br>**No Respondents**<br>*Respondent(s).* | : | Related to Document No. 77<br><br>Hearing Date: 11/25/26 at 11:00 AM |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

***AND NOW,*** this ***The 30th of September, 2026***, a ***Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** (the "Motion") having been filed at Doc. No. 77 by the Chapter 13 Trustee,

It is hereby ***ORDERED, ADJUDGED*** *and* ***DECREED*** that:

(1) ***On or before November 9, 2026***, any ***Response***, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2) This Motion is scheduled for hearing on ***November 25, 2026 at 11:00 AM*** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court ***may*** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties are ***required*** to appear at the hearing.

(4) Once the Motion is approved, if either the Debtor's ***Certificate of Discharge Eligibility*** or ***Certificate of Financial Management*** is not timely filed, *the case is* ***SUBJECT TO CLOSURE WITHOUT A DISCHARGE*** *without further notice or hearing*.

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 21-21866-GLT
Karen M. Renfro Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 3
Date Rcvd: Sep 30, 2026 Form ID: 604 Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Karen M. Renfro, 551 Lucia Drive, Pittsburgh, PA 15221-3965 |
| cr | + | Rocket Mortgage, LLC s/b/m Nationstar Mortgage LLC, Six Piedmont Center, 3525 Piedmont Road, N.E. Suite 700, Atlanta, GA 30305-1608 |
| cr | + | ServiceMac, LLC, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 15404764 | | Dollar Savings Bank, 3 Gateway Center, Pittsburgh, PA 15222 |
| 15427321 | + | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15640015 | + | James A. Steiner, 1230 Hulton Road, Oakmont, PA 15139-1136 |
| 15404767 | | Servicemac LLC, 9725 Old Bailes Rd., Suite 200, Fort Mill, SC 29707 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 01 2026 02:14:56 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Oct 01 2026 02:11:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15404755 | + | Email/Text: bncnotifications@pheaa.org | Oct 01 2026 02:11:00 | AES/Pheaa, PO Box 61047, Harrisburg, PA 17106-1047 |
| 15404756 | + | Email/PDF: bncnotices@becket-lee.com | Oct 01 2026 02:15:01 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 15417636 | | Email/PDF: bncnotices@becket-lee.com | Oct 01 2026 02:14:49 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15404757 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Oct 01 2026 02:11:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 15421704 | + | Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | Oct 01 2026 02:11:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15404758 | + | Email/Text: BarclaysBankDelaware@tsico.com | Oct 01 2026 02:11:00 | Barclays Bank of Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 15404759 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 01 2026 02:14:55 | Capital One Bank, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 15411279 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 01 2026 02:14:50 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15404760 | + | Email/Text: rmelani@chfcu.org | Oct 01 2026 02:11:00 | Century Heritage Federal Credit Union, 700 Regis Avenue, West Mifflin, PA 15236-1425 |
| 15404761 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 01 2026 02:14:52 | Citicards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 15404763 | | Email/Text: mrdiscen@discover.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 01 2026 02:11:00 | Discover Financial Service, PO Box 15316, Wilmington, DE 19850 |
| 15404765 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 01 2026 02:15:02 | DSNB/Macy's, PO Box 8113, Mason, OH 45040 |
| 15404762 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Oct 01 2026 02:15:01 | Dept. of Ed/Navient, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 15405678 | | Email/Text: mrdiscen@discover.com | Oct 01 2026 02:11:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15454526 | | Email/Text: ECMCBKNotices@ecmc.org | Oct 01 2026 02:11:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 15404766 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 01 2026 02:14:55 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 15417445 | + | Email/Text: RASEBN@raslg.com | Oct 01 2026 02:11:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15424671 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 01 2026 02:14:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15578201 | | Email/Text: nsm_bk_notices@mrcooper.com | Oct 01 2026 02:11:00 | Nationstar Mortgage LLC, Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 15405340 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Oct 01 2026 02:14:51 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 15410826 | + | Email/Text: bncnotifications@pheaa.org | Oct 01 2026 02:11:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 15425299 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 01 2026 02:14:56 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15404768 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 01 2026 02:14:50 | SYNCB/At Home DC, PO Box 965013, Orlando, FL 32896-5013 |
| 15404769 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 01 2026 02:14:55 | SYNCB/PPC, PO Box 965005, Orlando, FL 32896-5005 |
| 15404770 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 01 2026 02:14:51 | SYNCB/TJX, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 15421084 | ^ | MEBN | Oct 01 2026 02:06:09 | ServiceMac, LLC, PO Box 100077, Duluth, GA 30096-9377 |
| 15404804 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 01 2026 02:15:01 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15426847 | + | Email/Text: bncmail@w-legal.com | Oct 01 2026 02:11:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, Seattle, WA 98121-3132 |
| 15404771 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 01 2026 02:15:02 | The Home Depot, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NATIONSTAR MORTGAGE LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amy L. Zema | on behalf of Debtor Karen M. Renfro amy@zemalawoffice.com |
| Brent J. Lemon | on behalf of Creditor Duquesne Light Company Brent.Lemon@mccalla.com mccallaecf@ecf.courtdrive.com |
| Heather Stacey Riloff | on behalf of Creditor NATIONSTAR MORTGAGE LLC logsecf@logs.com |
| Matthew Fissel | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert P. Wendt | on behalf of Creditor NATIONSTAR MORTGAGE LLC pawb@fedphe.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 8