**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| KAREN M. RENFRO | Case No.:21-21866 |
| Debtor(s) | Chapter 13 |
| Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

September 25, 2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/21/2021 and confirmed on 10/25/21 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 107,191.64 |
| Less Refunds to Debtor | 2,454.71 | |
| TOTAL AMOUNT OF PLAN FUND | | 104,736.93 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 4,000.00 | |
| Trustee Fee | 5,524.52 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,524.52 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Secured | | | | |
| NATIONSTAR MORTGAGE LLC(*) Acct: 3613 | 0.00 | 62,908.75 | 0.00 | 62,908.75 |
| NATIONSTAR MORTGAGE LLC(*) Acct: 3613 | 1,051.04 | 1,051.04 | 0.00 | 1,051.04 |
| CENTURY HERITAGE FCU* Acct: 2131 | 3,703.14 | 3,703.14 | 384.76 | 4,087.90 |
| | | | | 68,047.69 |
| Priority | | | | |
| AMY L ZEMA ESQ Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| KAREN M. RENFRO Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| KAREN M. RENFRO Acct: | 2,454.71 | 2,454.71 | 0.00 | 0.00 |
| AMY L ZEMA ESQ Acct: | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
| | * * * N O N E * * * | | | |
| Unsecured | | | | |
| ECMC(*) Acct: 7226 | 1,245.30 | 358.06 | 0.00 | 358.06 |
| AMERICAN EXPRESS NATIONAL BANK Acct: 2003 | 939.75 | 270.21 | 0.00 | 270.21 |
| BANK OF AMERICA NA** Acct: 2926 | 5,094.56 | 1,464.84 | 0.00 | 1,464.84 |
| PORTFOLIO RECOVERY ASSOCIATES LL( Acct: 7156 | 3,376.45 | 970.83 | 0.00 | 970.83 |
| CAPITAL ONE BANK (USA) NA BY AMERIC. Acct: 1436 | 2,598.89 | 747.26 | 0.00 | 747.26 |
| CAPITAL ONE BANK (USA) NA BY AMERIC. Acct: 6967 | 3,740.39 | 1,075.47 | 0.00 | 1,075.47 |
| CENTURY HERITAGE FCU* Acct: 9665 | 4,040.35 | 1,161.72 | 0.00 | 1,161.72 |
| LVNV FUNDING LLC | 637.45 | 183.29 | 0.00 | 183.29 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 8008 | | | | |
| LVNV FUNDING LLC | 481.42 | 138.42 | 0.00 | 138.42 |
| Acct: 6543 | | | | |
| NAVIENT SOLUTIONS LLC O/B/O AIDVANT | 42,166.12 | 12,124.02 | 0.00 | 12,124.02 |
| Acct: 7226 | | | | |
| DISCOVER BANK(*) | 5,274.87 | 1,516.68 | 0.00 | 1,516.68 |
| Acct: 9806 | | | | |
| DOLLAR BANK FSB(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0012 | | | | |
| DEPARTMENT STORES NATIONAL BANK/I | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6676 | | | | |
| JPMORGAN CHASE BANK NA S/B/M/T CH/ | 6,941.65 | 1,995.93 | 0.00 | 1,995.93 |
| Acct: 8605 | | | | |
| JPMORGAN CHASE BANK NA S/B/M/T CH/ | 7,943.18 | 2,283.90 | 0.00 | 2,283.90 |
| Acct: 3740 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 4,636.96 | 1,333.27 | 0.00 | 1,333.27 |
| Acct: 9541 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 3,003.28 | 863.53 | 0.00 | 863.53 |
| Acct: 9356 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 1,639.72 | 471.47 | 0.00 | 471.47 |
| Acct: 1915 | | | | |
| HOME DEPOT CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2252 | | | | |
| ELFI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1962 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 161.17 | 46.34 | 0.00 | 46.34 |
| Acct: 6619 | | | | |
| TD BANK USA NA** | 554.64 | 159.48 | 0.00 | 159.48 |
| Acct: 6512 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9541 | | | | |
| WH BURKLEY LLP(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STERN & EISENBERG LP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LOGS LEGAL GROUP LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 27,164.72 |

| | |
|---|---|
| TOTAL PAID TO CREDITORS | 95,212.41 |

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 4,754.18 |
| UNSECURED | 94,476.15 |

Date: 09/25/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
KAREN M. RENFRO

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:21-21866

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _______________day of __________________, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminate and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

______________________________
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re: Case No. 21-21866-GLT
Karen M. Renfro Chapter 13
Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Sep 30, 2026 | Form ID: pdf900 | Total Noticed: 38 |

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Karen M. Renfro, 551 Lucia Drive, Pittsburgh, PA 15221-3965 |
| cr | + | Rocket Mortgage, LLC s/b/m Nationstar Mortgage LLC, Six Piedmont Center, 3525 Piedmont Road, N.E. Suite 700, Atlanta, GA 30305-1608 |
| cr | + | ServiceMac, LLC, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 15404764 | | Dollar Savings Bank, 3 Gateway Center, Pittsburgh, PA 15222 |
| 15427321 | + | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15640015 | + | James A. Steiner, 1230 Hulton Road, Oakmont, PA 15139-1136 |
| 15404767 | | Servicemac LLC, 9725 Old Bailes Rd., Suite 200, Fort Mill, SC 29707 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 01 2026 02:14:56 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Oct 01 2026 02:11:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15404755 | + | Email/Text: bncnotifications@pheaa.org | Oct 01 2026 02:11:00 | AES/Pheaa, PO Box 61047, Harrisburg, PA 17106-1047 |
| 15404756 | + | Email/PDF: bncnotices@becket-lee.com | Oct 01 2026 02:15:01 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 15417636 | | Email/PDF: bncnotices@becket-lee.com | Oct 01 2026 02:14:55 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15404757 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Oct 01 2026 02:11:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 15421704 | + | Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | Oct 01 2026 02:11:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15404758 | + | Email/Text: BarclaysBankDelaware@tsico.com | Oct 01 2026 02:11:00 | Barclays Bank of Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 15404759 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 01 2026 02:14:50 | Capital One Bank, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 15411279 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 01 2026 02:15:01 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15404760 | + | Email/Text: rmelani@chfcu.org | Oct 01 2026 02:11:00 | Century Heritage Federal Credit Union, 700 Regis Avenue, West Mifflin, PA 15236-1425 |
| 15404761 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 01 2026 02:15:02 | Citicards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 15404763 | | Email/Text: mrdiscen@discover.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 01 2026 02:11:00 | Discover Financial Service, PO Box 15316, Wilmington, DE 19850 |
| 15404765 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 01 2026 02:14:52 | DSNB/Macy's, PO Box 8113, Mason, OH 45040 |
| 15404762 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Oct 01 2026 02:14:56 | Dept. of Ed/Navient, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 15405678 | | Email/Text: mrdiscen@discover.com | Oct 01 2026 02:11:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15454526 | | Email/Text: ECMCBKNotices@ecmc.org | Oct 01 2026 02:11:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 15404766 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 01 2026 02:15:01 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 15417445 | + | Email/Text: RASEBN@raslg.com | Oct 01 2026 02:11:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15424671 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 01 2026 02:14:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15578201 | | Email/Text: nsm_bk_notices@mrcooper.com | Oct 01 2026 02:11:00 | Nationstar Mortgage LLC, Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 15405340 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Oct 01 2026 02:14:51 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 15410826 | + | Email/Text: bncnotifications@pheaa.org | Oct 01 2026 02:11:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 15425299 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 01 2026 02:14:57 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15404768 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 01 2026 02:15:00 | SYNCB/At Home DC, PO Box 965013, Orlando, FL 32896-5013 |
| 15404769 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 01 2026 02:15:00 | SYNCB/PPC, PO Box 965005, Orlando, FL 32896-5005 |
| 15404770 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 01 2026 02:14:55 | SYNCB/TJX, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 15421084 | ^ | MEBN | Oct 01 2026 02:06:10 | ServiceMac, LLC, PO Box 100077, Duluth, GA 30096-9377 |
| 15404804 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 01 2026 02:14:51 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15426847 | + | Email/Text: bncmail@w-legal.com | Oct 01 2026 02:11:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, Seattle, WA 98121-3132 |
| 15404771 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 01 2026 02:14:52 | The Home Depot, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NATIONSTAR MORTGAGE LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Amy L. Zema | on behalf of Debtor Karen M. Renfro amy@zemalawoffice.com |
| Brent J. Lemon | on behalf of Creditor Duquesne Light Company Brent.Lemon@mccalla.com mccallaecf@ecf.courtdrive.com |
| Heather Stacey Riloff | on behalf of Creditor NATIONSTAR MORTGAGE LLC logsecf@logs.com |
| Matthew Fissel | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert P. Wendt | on behalf of Creditor NATIONSTAR MORTGAGE LLC pawb@fedphe.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 8